```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08731
    ROSA GONZALEZ
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0595


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/21/2006 and was confirmed 09/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was dismissed after confirmation 11/28/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
--------------------------------------------------------------------------------
  AMC MORTGAGE SERVICES     CURRENT MORTG         .00               .00             .00
  AMC MORTGAGE SERVICES     SECURED NOT I         .00               .00             .00
  CHASE HOME FINANCE LLC    NOTICE ONLY      NOT FILED              .00             .00
  CHASE HOME FINANCE LLC    CURRENT MORTG         .00               .00             .00
  CHASE HOME FINANCE LLC    MORTGAGE ARRE     1541.92               .00         1541.92
  WELLS FARGO BANK          NOTICE ONLY      NOT FILED              .00             .00
  WELLS FARGO BANK NA       NOTICE ONLY      NOT FILED              .00             .00
  ECAST SETTLEMENT CORP     UNSECURED         4630.25               .00         1468.87
  ECAST SETTLEMENT CORP     UNSECURED         7826.23               .00         2482.73
  GE MONEY BANK             UNSECURED        NOT FILED              .00             .00
  SEARS CARD                UNSECURED        NOT FILED              .00             .00
  SEARS PAYMENT CENTER      NOTICE ONLY      NOT FILED              .00             .00
  UNIVERSITY OF ILLINOIS A  UNSECURED        NOT FILED              .00             .00
  UNIVERSITY OF ILLINOIS A  UNSECURED        NOT FILED              .00             .00
  RESURGENT CAPITAL SERVIC  UNSECURED         5443.86               .00         1726.97
  WASHINGTON MUTUAL PROVID  NOTICE ONLY      NOT FILED              .00             .00
  WELLS FARGO BANK          SECURED NOT I    27398.92               .00             .00
  PREMIUM ASSET RECOVERY C  UNSECURED          693.75               .00          220.07
  RESURGENT CAPITAL SERVIC  UNSECURED          467.69               .00          148.37
  DENNIS G KNIPP            DEBTOR ATTY       2,500.00                          2,500.00
  TOM VAUGHN                TRUSTEE                                               636.07
  DEBTOR REFUND             REFUND                                                   .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE                   10,725.00

  PRIORITY                                          .00
  SECURED                                      1,541.92
  UNSECURED                                     6,047.01

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08731 ROSA GONZALEZ
```

```
ADMINISTRATIVE                                                    2,500.00
TRUSTEE COMPENSATION                                                636.07
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                        10,725.00          10,725.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE